# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MATTHEW HORTON**                                                                         **PLAINTIFF**

**v.**                   **CASE NO. 2:18-CV-00146 BSM**

**JONNIE JONES**                                                                      **DEFENDANT**

## ORDER

United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted, and this case is dismissed without prejudice for a failure to prosecute. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 26th day of December 2018.

                                                                          /s/ Brian S. Miller  
                                                                    UNITED STATES DISTRICT JUDGE